JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| EDWARD NEVAREZ, | ) | No. SA CV 12-1512-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 27, 2013

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE